IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR199 |
| vs. | ) | |
| | ) | ORDER |
| JOSE CONTRERAS-CORTEZ, | ) | CONTINUING TRIAL |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's motion to continue trial [108] as to defendant, Jose Contreras-Cortez. For good cause shown, trial will be continued to July 5, 2006.

**IT IS ORDERED** that the motion to continue trial [108] is granted, as follows:

1. Trial of this matter is continued from May 23, 2006 to **July 5, 2006** before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **May 23, 2006 and July 5, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reasons stated in the motion, and considering the diligence of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

3. Counsel for the United States shall confer with defense counsel and, no later than **June 27, 2006**, advise the court of the anticipated length of trial.

**DATED May 18, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**